IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.70.87.11

**ISP:** Verizon Internet Services
**Physical Location:** Florham Park, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/01/2018 14:11:20 | 9C53D831418B6DBE3A68253D912F504B5B5F9440 | Hot Russian Fucking |
| 09/28/2018 15:13:30 | B924489747BCCC4FD69CC83092B5CA44B4D41684 | Stripping With My Black Cock |
| 09/26/2018 15:47:41 | E52CD0535018BED62F50F3AF807E3751587F8E27 | Sexy Movies Cum Inside |
| 09/03/2018 17:31:18 | 7DB1A69CAE7C25AF8FAC948845DBFC985AE65CC3 | Sex With Gymnasts |
| 09/03/2018 16:52:53 | 837722385DBCA5C20A1F5E5DAC10AEE41C46FF19 | Teach Me About Sex |
| 08/25/2018 19:25:40 | 784A6A09789814596260BC84634CB3B056F98A91 | Lovers Quarrel |
| 08/12/2018 21:15:38 | 32E702D16A4A67B6C30504B75A645ED516E22588 | Cum In For An Orgy |
| 08/06/2018 14:00:12 | 2446D2B5924C4845C89FFB0C61E523E7BC2E8E1C | Sticky and Sweet |
| 08/05/2018 15:52:34 | 7D53549E556F326CCF3F196F94ECD7F633861632 | Young 18 Year Old Couple in Hot Summer Sex |
| 07/31/2018 14:25:00 | 98227DC95A345136FB9445BE90BBB26249126C99 | Threeway Strip Poker |
| 07/23/2018 12:57:32 | AF249462B1863A8930BB7938F45EB62688C9CC2D | Moving Day Sex |
| 07/20/2018 18:56:43 | BE08109E67903C86CDA901FD2F9AD9C01A274B4D | Hot Fitness Sex |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

CNJ777