**Copyrights-In-Suit for IP Address 173.70.87.11**

**ISP:** Verizon Internet Services
**Location:** Florham Park, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Hot Russian Fucking | PA0002139385 | 09/28/2018 | 10/09/2018 | 10/01/2018 |
| Stripping With My Black Cock | PA0002139381 | 09/26/2018 | 10/09/2018 | 09/28/2018 |
| Sexy Movies Cum Inside | PA0002140490 | 09/14/2018 | 09/24/2018 | 09/26/2018 |
| Sex With Gymnasts | PA0002140374 | 08/29/2018 | 09/24/2018 | 09/03/2018 |
| Teach Me About Sex | PA0002140491 | 08/31/2018 | 09/24/2018 | 09/03/2018 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 08/25/2018 |
| Cum In For An Orgy | PA0002139295 | 08/11/2018 | 08/27/2018 | 08/12/2018 |
| Sticky and Sweet | PA0002116041 | 04/12/2018 | 05/01/2018 | 08/06/2018 |
| Young 18 Year Old Couple in Hot Summer Sex | PA0002139292 | 08/03/2018 | 08/27/2018 | 08/05/2018 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 07/31/2018 |
| Moving Day Sex | PA0002133713 | 07/21/2018 | 08/02/2018 | 07/23/2018 |
| Hot Fitness Sex | PA0002133710 | 07/19/2018 | 08/02/2018 | 07/20/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  12**

EXHIBIT B

CNJ777