CASE CLOSED

Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RAKESH MALHOTRA, <br><br> Defendant. | Case No. 2:18-cv-14317-MCA-LDW |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF RAKESH MALHOTRA

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Rakesh Malhotra ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Rakesh Malhotra was assigned the IP Address 173.70.87.11. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Rakesh Malhotra has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

1

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 7, 2019

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd.,
Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*

SO ORDERED
5/8/19
Madeline Cox Arleo, U.S.D.J.

2